**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 16, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-32402-HCM |
| LUDGATE INVESTMENTS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

**ORDER DISMISSING BANKRUPTCY CASE**

On February 16, 2012, the Court conducted a show cause hearing why the bankruptcy case of Ludgate investments, Inc. ("Debtor") should not be dismissed. Counsel for the Debtor and Pronto Mortgage, LLC appeared. The Debtor advised the Court that it did not oppose dismissal of this case. After considering the record in this bankruptcy case, the statements and arguments of counsel, and for the reasons set forth on the record by the Court at the hearing, the Court finds that this bankruptcy case should be dismissed, and the following Order should be entered.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bankruptcy case of the Debtor Ludgate Investments, Inc. is hereby DISMISSED. Such dismissal shall not impact the validity of the Agreed Order entered into between the Debtor and Pronto Mortgage, LLC (dkt no. 16).

###